# EXHIBIT B



**Lippes Mathias Wexler Friedman LLP**

*Dariush Keyhani**
*Of Counsel*
dkeyhani@lippes.com

February 26, 2008

**Via Certified, Return Receipt**
**70070710000376183293**
**and First Class U.S. Mail**

Florida Metal Products, Inc.
P.O. Box 6310-6940 Stuart Avenue
Jacksonville, Florida 32254

RE:   Infringement of U.S. Patent No. 7,044,852

To Whom It May Concern:

We represent Southeastern Metals Manufacturing Company, Inc. ("SEMCO"). It has come to our attention that you have been manufacturing, offering for sale, selling and distributing off ridge roof vent products that infringe SEMCO's U.S. Patent No. 7,044,852 ("ORV Products").

Our client demands that you immediately:

1. cease and desist from manufacturing, offering for sale, selling and distributing any ORV Products;
2. immediately destroy all ORV Products in inventory;
3. provide the total number of ORV Products ever manufactured by your company;
4. provide full details of all sales of ORV Products manufactured and sold and identify all parties to whom these products were sold;
5. provide the profit margin for each ORV Product sold and the total profits made from the sale of all ORV Products;
6. recall, inventory and verify all ORV Products sold to distributors and destroy; and
7. undertake in writing not to ever manufacture, offer for sale, sell or distribute any ORV Products.

---

* Admitted to the Southern, Eastern and Western Districts of New York, New Jersey District Court & NJ State Bar-not a member of the NY State Bar



Florida Metal Products, Inc.
February 26, 2008
Page 2

If we do not receive an immediate assurance of your compliance with the above demands by March 5, 2008, we will take all necessary steps to protect our client's rights.

Very truly yours,

LIPPES MATHIAS WEXLER FRIEDMAN LLP

S/Dariush Keyhani

Dariush Keyhani

cc:   Michael E. Storck, Esq.
      Lisa D. Primerano, Esq.


DK/ras



Florida Metal Products, Inc.
February 26, 2008
Page 3

bcc:   Phil Renda